# KarenZupko & Associates, Inc.

## 2006 CONSULTATIVE SERVICES AGREEMENT

**Description of Services**

The consultation for University Otolaryngology will include site visit work on April 24, 25, 26, 27 and the morning of April 28, 2006. The consultation will be conducted by Sarah Wiskerchen and Teri Gatchel of KarenZupko & Associates, Inc. (KZA) based on mailed interviews submitted by personnel and physicians prior to the visit, as well as a review of office documents and forms identified as being relevant for our evaluation. These documents will be treated confidentially. **These materials should arrive in our offices no later than April 17, 2006.**

For the client to achieve the maximum value from KZA's consultative services, the client 1.) will encourage staff to contribute forthrightly to the process; 2.) will identify objectives in advance so that the consultant can arrange time and efforts to address these (diminishing a problem upfront is not the best use of your investment in this process); and 3.) will honor scheduled appointment times with the consultant.

On Thursday evening, April 27th, the consultants will conduct a debrief meeting of approximately three to four hours with the physicians. A portion of the debrief meeting will be limited to physician partners only. This meeting is best held in a private conference room or a private dining room at a restaurant. It is important that the debrief start on time. Pertinent findings will be reviewed along with our recommendations. Scheduling a staff debrief meeting should be discussed with the consultant.

Within a month of the consultation, you will receive an action-oriented report with findings, recommendations and implementation steps.

**Fees**

The fee for the assignment as described above is $29,000. Additionally, the client will pay for round trip coach airfare, ground transportation, hotel, onsite meals, reasonable incidentals, gratuities, and for FAX, Federal Express or UPS shipment charges.

**Deposit and Signed Agreement**

A signed letter of agreement is due back in KZA offices via facsimile by March 28, 2006 and constitutes the client's agreement to the terms as outlined in this letter of agreement. A deposit check of $14,500 made payable to KarenZupko & Associates, Inc. is due by April 3, 2006.

**Billing**

Travel expense and another 25% of the professional fee are billed immediately following the site visit. The final 25% is billed after the client receives the written report. Payment is due net 20 days. A monthly finance charge of 1.5% is applicable thereafter.

625 NORTH MICHIGAN AVENUE SUITE 702 CHICAGO, ILLINOIS 60611-3110 312/642-5616 Fax 312/642-5571

**Refunds and Cancellations**

Deposits are non-refundable, however, should it be necessary for you to change the date, the deposit is applicable to a future time that is mutually agreeable. If, for some reason, we ~~are~~ unable to fulfill our obligations, your deposit will be returned.

University Otolaryngology

Karen Zupko & Associates, Inc.
Tax ID Number: 36-4212875

April 4, 2006
Date

March 21, 2006
Date