UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNIVERSITY OTOLARYNGOLOGY,<br>Plaintiff,<br><br>v.<br><br>KARENZUPKO & ASSOCIATES, INC.,<br>Defendant. | CIVIL ACTION NO. 08 88 T |

NOTICE OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel for the defendant KARENZUPKO & ASSOCIATES, INC. in the above matter.

KARENZUPKO & ASSOCIATES, INC.

By its attorneys,

/s/ Kevin C. Cain
Kevin C. Cain, # 3960
Peabody & Arnold LLP
40 Westminster Street, Suite 201
Providence, RI 02903
(401) 521-3742

Dated: March 18, 2008

678978_1