UNITED STATES DISTRICT COURT
FOR DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNIVERSITY OTOLARYNGOLOGY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 08-088-T |
| | : | |
| KARENZUPKO & ASSOCIATES, INC., | : | |
| | : | |
| Defendant. | : | |

**AFFIDAVIT OF SERVICE**

I, Armando E. Batastini, first being duly sworn upon oath, do depose and state as follows:

1. I am counsel of record for Plaintiff University Otolaryngology ("Plaintiff") in the above-captioned matter.

2. Attached hereto as Exhibit A is a true and accurate copy of the Summons executed and accepted on behalf of Defendant, KarenZupko & Associates, Inc. by Susy Reyes, authorized by Howard Kaplan, registered agent to accept service.

Armando E. Batastini

STATE OF RHODE ISLAND
PROVIDENCE, SC.

Subscribed and sworn to, before me, this 16th day of April, 2008.

Notary Public
My Commission Expires: 10/4/2009

ALBA D. IZZO, Notary Public
State of Rhode Island and Providence Plantations
My Commission Expires 10-4-2009

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 16th day of April, 2008, I caused a true copy of the within Affidavit of Service to be served electronically and by first-class mail, postage pre-paid to the following counsel of record:

Kevin C. Cain, Esq.
Peabody & Arnold LLP
40 Westminster Street
Suite 201
Providence, RI 02903

/s/ Armando E. Batastini