# EXHIBIT A

# Affidavit of Process Server

University Otolaryngology vs Karenzupko & Assoc, Inc. 08-088-T
PLAINTIFF/PETITIONER DEFENDANT/RESPONDENT CASE #

Being duly sworn, on my oath, I Aaron Willoughby
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served Karenzupko & Assoc.
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $ ______ witness fee and mileage
☒ Summons and Complaint

by serving (NAME) Susy Reyes Authorize by Howard Kaplan Reg Agent To Accept Service

~~at Home~~

☒ Business 180 North LaSalle St Chicago IL Ste 2505

☒ on (DATE) 4-11-08 at (TIME) 12:12 PM

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) ______

from (CITY) ______ (STATE) ______

**Manner of Service:**

☐ By Personal Service.

☒ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,
namely Susy Reyes

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,
namely ______

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address ☐ Evading ☐ Other: ______
☐ Address Does Not Exist ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding ☐ Unable to Serve in a Timely Fashion

**Service Attempts:** Service was attempted on: ( ) ______ DATE TIME , ( ) ______ DATE TIME
( ) ______ DATE TIME , ( ) ______ DATE TIME , ( ) ______ DATE TIME

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ Male | ☒ White Skin | ☐ Black Hair | ☐ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☒ Female | ☐ Black Skin | ☒ Brown Hair | ☐ Balding | ☒ 21-35 Yrs. | ☐ 5'0"-5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☒ 5'4"-5'8" | ☒ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☐ Mustache | ☐ 51-65 Yrs. | ☐ 5'9"-6'0" | ☐ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: Hispanic

State of Illinois County of Cook

[signature]
SERVED BY
LASALLE PROCESS SERVERS

Subscribed and sworn to before me,
a notary public, this 11 day of April, 2008

NOTARY PUBLIC [signature]

"OFFICIAL SEAL"
ANDREW RAPHAEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

NAPPS

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.