(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

University Otolaryngology
Plaintiff(s)

v. Dkt. No. 08 88 T

KARENZUPKO & ASSOCIATES, INC.
Defendant(s)

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant KarenZupko & Associates, Inc. hereby moves that Richard L. Nahigian be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Kevin C. Cain
Print Name

RI Bar ID # 3960

Peabody & Arnold LLP
Firm and Business Address
Federal Reserve Plaza
600 Atlantic Avenue
Boston, MA 02210-2261

Email: kcain@peabodyarnold.com

Tel. # (617) 951-2100

Fax # (617) 951-2125

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date