IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNIVERSITY OTOLARYNGOLOGY,<br>*Plaintiff,*<br>vs.<br><br>KARENZUPKO & ASSOCIATES, INC.,<br>*Defendant.* | )<br>)<br>)<br>) Case No. 08-00088-T-DLM<br>)<br>)<br>) |

**NOTICE OF CHANGE OF LAW FIRM AND ADDRESS**

Armando E. Batastini, counsel for Plaintiff, University Otolaryngology, hereby gives notice that, effective May 27, 2008, all pleadings, filings and notices in this litigation should be directed to him at the following address:

Armando E. Batastini, Esq.
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Phone: 401-454-1000
Fax: 401-454-1030
abatastini@nixonpeabody.com

Respectfully submitted,

/s/ Armando E. Batastini
Armando E. Batastini (#6016)
Nixon Peabody LLP
One Citizens Plaza
Providence, RI 02903
Tel. 401-454-1000
Fax: 401-454-1030
abatastini@nixonpeabody.com

*Counsel for University Otolaryngology*

Dated: May 27, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of May, 2008, the foregoing was filed electronically with the Clerk of Court and served upon the following by operation of the Court's electronic filing system:

Kevin C. Cain Kcain@peabodyarnold.com

/s/ Armando E. Batastini